UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-134-T-17JSS

EDWARD BRIGHT

### PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2) for a preliminary order of forfeiture for the following property:

    a.    A Colt .38 caliber revolver, serial number 281988;

    b.    Four rounds of .38 caliber ammunition.

Being fully advised of the relevant facts, the Court finds as follows:

The defendant was found guilty of being a felon in possession, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment. The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above. Thus, the government is entitled to forfeit of the assets, pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

CASE NO. 8:16-CR-134-T-17JSS

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the assets identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 27th day of APRIL, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE